UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10099-GAO

LENROY MCLEAN,
Plaintiff,

v.

WARDEN GRANDOLSKY, D. BROWN, SIA R. PRINKETT, CHAPLAIN Lt. ORTIZ, A.
AMICO, DHO Mr. LOHMAN, FOOD SERVICE ADMINISTRATOR MR. QUILES, UDC Mr.
GRALLANT, UDC J.L. NORWOOD, REGIONAL DIRECTOR HARRELL WATTS,
NATIONAL INMATE APPEALS,
Defendants.

ORDER
September 17, 2013

O'TOOLE, D.J.

After review of the relevant pleadings and submissions, I agree with the defendants that

the plaintiff's action is barred by the doctrine of collateral estoppel as a result of the actual

litigation of issues on a common nucleus of facts in McLean v. Terrell, 2012 WL 2457962

(E.D.N.Y. June  27, 2012).  Accordingly, the defendants' motion to dismiss is GRANTED and

the complaint is DISMISSED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge